UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NELLY PEREZ and L.D. | : | Case No.: 3:15-cv-01546 (VAB) |
| | : | |
| PLAINTIFFS | : | |
| v. | : | |
| | : | |
| BRUCE GARDNER, ROBERT GARDNER, and TRACY KARI REALTY GROUP, LLC | : | |
| | : | |
| DEFENDANTS | : | July 8, 2016 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties hereby stipulate and agree that all claims asserted by the parties in this action should be dismissed with prejudice and without costs or attorneys' fees to either party.

Respectfully Submitted,

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| /s/ Greg Kirschner | /s/ Amber N. Sarno |
| Greg Kirschner (*Fed Bar No.* ct26888) | Joseph P. Williams (*Fed. Bar No.* ct14809) |
| The Connecticut Fair Housing Center | Amber N. Sarno (*Fed. Bar No.* ct27777) |
| 221 Main Street, 4th Floor | Shipman & Goodwin LLP |
| Hartford, CT 06106 | One Constitution Plaza |
| Phone: (860) 247-4400 | Hartford, CT 06103-1919 |
| Fax: (860) 247-4236 | Tel.: (860) 251-5000 |
| greg@ctfairhousing.org | Fax: (860) 251-5218 |
| | Email: jwilliams@goodwin..com |
| | Email: asarno@goodwin.com |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2016 a copy of the foregoing was filed and served electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: /s/ Greg Kirschner
Greg Kirschner